| | | |
|---|---|---|
| People v Barrientos | 1st Dept: 145 AD3d 529 (NY) | denied 2/15/17 (Garcia, J.) |
| People v Beardsley | 4th Dept: 142 AD3d 1285 (Chautauqua) | denied 2/16/17 (Stein, J.) |
| People v Bello | 1st Dept: 143 AD3d 650 (NY) | denied 2/1/17 (Abdus-Salaam, J.) |
| People v Berridge | 2d Dept: 144 AD3d 935 (Kings) | denied 2/23/17 (Stein, J.) |
| People v Black | 2d Dept: 144 AD3d 935 (Queens) | denied 2/1/17 (Abdus-Salaam, J.) |
| People v Blond | 3d Dept: 146 AD3d 1033 (Schenectady) | denied 2/28/17 (DiFiore, Ch. J.) |
| People v Bonilla | App Div, 2d Dept: 2016 NY Slip Op 86570(U) (Suffolk) | denied reconsideration 2/28/17 (DiFiore, Ch. J.) |
| People v Bouknight | App Div, 2d Dept: 2016 NY Slip Op 88037(U) (Kings) | denied reconsideration 2/16/17 (Rivera, J.) |
| People v Brazil | 4th Dept: 144 AD3d 1616 (Oneida) | denied 2/21/17 (Garcia, J.) |
| People v Bruno | 1st Dept: 144 AD3d 413 (Bronx) | denied 2/24/17 (Rivera, J.) |
| People v Brunson (Hakim) | 1st Dept: 144 AD3d 586 (NY) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Brunson (Shakim) | 1st Dept: 144 AD3d 586 (NY) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Cajigas | 2d Dept: 144 AD3d 699 (Westchester) | denied 2/24/17 (Rivera, J.) |
| People v Cartagena | 2d Dept: 126 AD3d 913 (Kings) | denied 2/28/17 (DiFiore, Ch. J.) |
| People v Casimay | 1st Dept: 143 AD3d 586 (NY) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Castillo | 1st Dept: 144 AD3d 594 (NY) | denied 2/24/17 (Rivera, J.) |
| People v Copes | 4th Dept: 145 AD3d 1639 (Cayuga) | denied 2/15/17 (Garcia, J.) |
| People v Crawford | 1st Dept: 143 AD3d 607 (Bronx) | denied 2/15/17 (Abdus-Salaam, J.) |
| People v Creel | County Ct, 11/14/16 (Ontario) | denied 2/16/17 (Rivera, J.) |
| People v Crispin | 1st Dept: 145 AD3d 498 (NY) | denied 2/16/17 (Rivera, J.) |
| People v Crosby | App Div, 4th Dept: 2016 NY Slip Op 83582(U) (Erie) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Cruz | 2d Dept: 144 AD3d 937 (Rockland) | denied 2/13/17 (Stein, J.) |